# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Jul 23, 2021**

SEAN F. McAVOY, CLERK

U.S.A. vs.      Campbell, Kyle Ray      Docket No.      0980 4:20CR06018-001

### Petition for Action on Conditions of Pretrial Release

    COMES NOW Daniel M. Manning, PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant Kyle Ray Campbell, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge Mary K. Dimke sitting in the court at Richland, Washington, on the 7th day of July 2020, under the following conditions:

**Condition #9:** Defendant shall refrain from use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner in conformance with Federal law. Defendant may not use or possess marijuana, regardless of whether Defendant has been authorized medical marijuana under state law.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:
(If short insert here; if lengthy write on separate sheet and attach.)

**Violation #1:** The defendant is considered to be in violation of his conditions of release by using fentanyl on or before July 16, 2021.

The defendant released from custody on July 7, 2020. His conditions of pretrial release were reviewed with him on July 8, 2020, by telephone due to the COVID-19 pandemic. The defendant verbally acknowledged an understanding of his conditions, specifically condition number 9, as noted above.

The defendant was directed to report to the Richland Pretrial Services Office to submit a random drug test on July 16, 2021. The sample tested presumptively positive for fentanyl. He was questioned regarding use of fentanyl and denied having used this substance.

On July 22, 2021, the defendant contacted the undersigned and advised he wanted to admit to his use of fentanyl The defendant explained he found a baggie of fentnayl pills in an old pair of jeans and used this substance. Results from Abbot Laboratories was received on July 22, 2021, which confirmed the urine sample the defendant submitted on July 16, 2021, was positive for fentanyl.

PRAYING THAT THE COURT WILL ORDER A SUMMONS

|  |  |
|---|---|
|  | I declare under the penalty of perjury that the foregoing is true and correct. |
|  | Executed on:    July 23, 2021 |
| by | s/Daniel M. Manning |
|  | Daniel M. Manning<br>U.S. Pretrial Services Officer |

PS-8

Re: Campbell, Kyle Ray
July 23, 2021
Page 2

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[X]   The Issuance of a Summons
[ ]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[X]   Defendant to appear before the Magistrate Judge.
[ ]   Other

_m. k. Dimke_

Signature of Judicial Officer

7/23/2021

Date