UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 20, 2021

SEAN F. MCAVOY, CLERK

| U.S.A. vs. | Campbell, Kyle Ray | Docket No. | 0980 4:20CR06018-SAB-1 |

### Petition for Action on Conditions of Pretrial Release

COMES NOW Daniel M. Manning, PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant Kyle Ray Campbell, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge Mary K. Dimke sitting in the Court at Richland, Washington, on the 7th day of July 2020, under the following conditions:

**Condition #9:** Defendant shall refrain from use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner in conformance with Federal law. Defendant may not use or possess marijuana, regardless of whether Defendant has been authorized medical marijuana under state law.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

**Violation #2:** The defendant is considered to be in violation of his conditions of pretrial release by using fentanyl on or before August 13, 2021.

The defendant released from custody on July 7, 2020. His conditions of pretrial release were reviewed with him on July 8, 2020, by telephone due to the COVID-19 pandemic. The defendant verbally acknowledged an understanding of his conditions, specifically condition number 9, as noted above.

The defendant was directed to report to the Richland U.S. Probation Office to submit a random drug test on August 13, 2021. The sample tested presumptive positive for fentanyl. He was questioned regarding use of fentanyl and denied having used this substance. The defendant reported that he has not used fentanyl. The urine sample was sent to Alere Laboratories for confirmation. Confirmation was received from Alere Laboratories on August 19, 2021, indicating the urine sample collected on August 13, 2021, returned positive for fentanyl.

PRAYING THAT THE COURT WILL INCORPORATE THIS VIOLATION WITH THE PREVIOUSLY REPORTED VIOLATION TO THE COURT ON JULY 23, 2021.

|  | I declare under the penalty of perjury that the foregoing is true and correct. |
|---|---|
|  | Executed on: 08/19/2021 |
| by | s/Daniel M. Manning |
|  | Daniel M. Manning<br>U.S. Pretrial Services Officer |

PS-8
Re: Campbell, Kyle Ray
August 19, 2021
Page 2

THE COURT ORDERS

[ ]    No Action
[ ]    The Issuance of a Warrant
[ ]    The Issuance of a Summons
[X]    The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]    Defendant to appear before the Judge assigned to the case.
[X]    Defendant to appear before the Magistrate Judge.
[ ]    Other

*M. K. Dimke*

Signature of Judicial Officer

8/20/2021

Date